UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  11-cr-00362-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DALE JOHNSON,
2. DONALD BEVERLY,
3. RONALD BENJAMIN,
4. JIMMY HUTCHINSON,
5. VINCENT JACKSON,
6. JERROLD MINNEY, and
7. SCOTT GOLDBERG,

    Defendants.

## ORDER

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, December 2, 2011,** and responses to these motions shall be filed by **Monday, December 12, 2011.**  It is

FURTHER ORDERED that counsel shall request hearing on all pending motions, if necessary, and final trial preparation conference at a future date.  It is

FURTHER ORDERED that a 12-day jury trial is set for **Monday, January 9, 2012 at 9:00 a.m. in courtroom A-1002.**

Dated: November 3, 2011

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL
CHIEF U. S. DISTRICT JUDGE