IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Action No.   11-cr-00362-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     DALE JOHNSON,
2.     DONALD BEVERLY,
3.     RONALD BENJAMIN,
4.     JIMMY HUTCHINSON,
5.     VINCENT JACKSON,
6.     JERROLD MINNEY, and
7.     SCOTT GOLDBERG,

    Defendants.

## ORDER

THIS MATTER comes before the Court on the Government's Motion to Disclose Grand Jury Material pursuant to Fed. R. Crim. P. 6(e)(3)(E)(I).  Having reviewed the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same.   It is therefore

ORDERED that the Government's Motion to Disclose Grand Jury Material, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(I) (ECF Doc. #29), filed November 2, 2011, is **GRANTED.**   The Grand Jury testimony and Grand Jury exhibits may be disclosed to the Defendants and the Defendants' attorneys in the course of discovery in this case. It is

FURTHER ORDERED that such materials shall only be used in defending this case; that such materials shall be disclosed only to the Defendants and counsel for the Defendants, that the Defendants' attorneys shall maintain custody of such materials, and shall not reproduce or disseminate the same; and that such materials shall be returned to the United States at the end of the case.

Dated: November 9, 2011.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE