IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Criminal Action No.  11-cr-00362-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.     DALE JOHNSON,
2.     DONALD BEVERLY,
3.     RONALD BENJAMIN,
4.     JIMMY HUTCHINSON,
5.     VINCENT JACKSON,
6.     JERROLD MINNEY, and
7.     SCOTT GOLDBERG,

     Defendants.

---

**ORDER**

---

THIS MATTER is before the Court on the Government's Unopposed Motion for Protective Order Pursuant to Fed. R. Crim. P. 16(d)(1) filed September 9, 2013.  Having reviewed the motion and being otherwise advised in the premises, I find that good and sufficient cause supports the same.  It is therefore

ORDERED that the Government's Unopposed Motion for Protective Order Pursuant to Fed. R. Crim. P. 16(d)(1) (ECF No. 249) is **GRANTED**.  It is

FURTHER ORDERED that the Special Agent's personnel records at issue shall only be used in defending this case; that such records may be disclosed only to the Defendants and their attorneys; that if copies are made, the Defendants' attorneys shall maintain custody of such copies, and shall not reproduce or disseminate them; and that

any material provided pursuant to this Order shall be returned to the Government at the completion of the case.  It is

FURTHER ORDERED that in the event defense counsel seeks to introduce such materials for impeachment or for other purposes at any proceeding, or seeks to make reference to the contents of the materials in a pleading, that counsel first seek leave of Court through an *in camera* submission prior to doing so as to allow the Government adequate time to respond.

Dated:  September 9, 2013

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge